IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRINA Y. JETT,

               Plaintiff,

        vs.

COMMISSIONER,
Social Security Administration,

              Defendant.

Case No. 6:19-cv-00435-SI

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR
ATTORNEY FEES PURSUANT TO 42
U.S.C. § 406(b)

        Plaintiff Trina Y. Jett brought this action seeking review of the Commissioner's final

decision denying her application for Supplemental Security Income ("SSI") under the Social

Security Act. The Court reversed the Commissioner's decision, remanded the case for further

proceedings, and entered Judgment on March 29, 2021. Upon remand, the Commissioner found

Plaintiff disabled beginning October 2013.

        Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not

objected to the request. I have reviewed the record in this case, the motion, and the supporting

materials, including the award of benefits, the fee agreement with counsel, and the recitation of

counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S.

789, 796 (2002), the Court finds that the requested fees are reasonable.

Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is hereby GRANTED, and Plaintiff's counsel is awarded $12,312.25 in attorney's fees under 42 U.S.C. § 406(b).  When issuing the § 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to send the full award of $12,312.25, less any applicable processing or user fees prescribed by statute, to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401.  Any amount withheld after all administrative and court attorney fees are paid should be released to the claimant.

IT IS SO ORDERED this _4th_ day of ___May_____ 2022.

_____
MICHAEL H. SIMON
United States District Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff